fact, whatever promise was made to plaintiff was withdrawn before plaintiff had performed any substantial services. Judgment should be reversed, and new trial ordered, with costs to appellant to abide the event.

LEHMAN, J., concurs in result.

---

BAUMANN v. STEINGESTER et al. (Supreme Court, Appellate Division, First Department. June 17, 1915.) Action by Lena Baumann against Henry C. Steingester and another. No opinion. Judgment affirmed by default, with costs. See, also, 159 App. Div. 923, 144 N. Y. Supp. 1105.

---

BAYLIS et al., Appellants, v. BAYLIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Joseph Baylis and Alphonsus Baylis against Thomas J. Baylis and Lucy A. Baylis. (Appeal No. 1.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1106.

---

BAYLIS et al., Appellants, v. BAYLIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Joseph Baylis and Alphonsus Baylis against Thomas J. Baylis and Lucy A. Baylis. (Appeal No. 2.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1106.

---

BECK v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Mary F. Beck against the City of New York and William F. Walker. No opinion. Motion to dismiss appeal granted, with $10 costs.

---

BEEBE, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Ernest L. Beebe, an infant, etc., against the New York, Ontario & Western Railway Company. No opinion. Motion granted, and appeal dismissed, with costs.

---

BEETSON, Respondent, v. MYERS et al., Appellants. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Catherine M. Beetson against Emanuel J. Myers and another. G. S. P. Kleeberg, of New York City, for appellants. D. J. Dowling, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed.

---

BEEVER, Appellant, v. KING et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Otto A. Beever, individually, etc., against Joseph B. King, as executor, etc., and others. No opinion. Judgment affirmed, with costs.

---

BENHAM et al. v. CHARTER FEATURES CORPORATION. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Emily J. Benham and others against the Charter Features Corporation and Oliver W. Ramsay.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with $10 costs and disbursements.

---

BITTERFIELD, Respondent, v. ASCHENGRAU, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Jacob Bitterfeld, against Adolf Aschengrau. H. Marx, of New York City, for appellant. J. Gerdes, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

BLANKFORT v. FECHTER. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Henry Blankfort against Benjamin Fechter. A. Tulin, of New York City, for plaintiff. I. Gainsburg, of New York City, for defendant. No opinion. Order reversed, and motion granted, upon condition that defendant within 10 days pay a trial fee and give an undertaking in the sum of $2,000 to pay any judgment that may be obtained; the cause to be restored to the short-cause calendar. Settle order on notice.

---

BLUMENTHAL, Respondent, v. WASHINGTON HEIGHTS HOSPITAL et al., Appellants. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Hanry A. Blumenthal against the Washington Heights Hospital and another. L. R. Brilles, of New York City, for appellants. I. Balch Louis, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 153 N. Y. Supp. 946.

---

BLYTHE v. LARITY et al. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Harry T. Blythe against Jennie L. Larity and others.

PER CURIAM. While the complaint does not authorize the relief asked against Northrip, yet he was invested with a power in trust to determine to whom the assignors should convey. He seems to have some beneficial interest in the execution of the power. Moreover, he has a right to insist that the conveyance shall not be made until he shall have been paid. Hence he is a proper party defendant, and the complaint should not be dismissed as to him. The order is modified accordingly, and, as modified, affirmed, without costs here or below.

---

BOEDICKER v. SACKETT & WILHELMS CO. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Her-